# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

JACOB "COBY" LOUP
DAVID E. RUDIN
PARTHA SHARMA

DAVID S. KEENAN
(OF COUNSEL)

AMARIAH THURSTON
(PARALEGAL)

July 1, 2024

**By ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cameron v. City of New York, et al.*, 24-cv-4519 (FB) (RML)

Dear Judge Block:

I am writing pursuant to Local Rule 1.6 to inform Your Honor that this case, which was just filed and assigned to Your Honor and Magistrate Judge Levy, is directly related to *McCloud v. City of New York, et al.*, 23-cv-8341, assigned to Judge Morrison and Magistrate Judge Pollak. Both cases arise out of the same prosecution in Queens for the same homicide and involve similar civil claims for wrongful conviction; both convictions were vacated on the same occasion by the Queens DA's Office for similar reasons.

I hope you and Judge Levy are well.

Respectfully submitted,

/s/

Joel B. Rudin
*Attorney for Reginald Cameron, Jr.*