UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

REGINALD CAMERON, JR.

       Plaintiff,

  - against -

THE CITY OF NEW YORK, CARLOS GONZALEZ, MARYANN HERBERT, EDWARD GARDNAR, THOMAS WRAY, ESTATE OF VINCENT GRECO, RUBEN MARTINEZ, MAUREEN KEMPTON, JOSEPH CROCE, MICHAEL DEMPSEY, GLENN BOVE, and JOHN/JANE DOE Nos. 1 through 10 (whose identifies are currently unknown but who are known to have been police officers and/or supervisors with the New York City Police Department) in their individual and official capacities,

       Defendants.
-----------------------------------------------------------x

**AFFADAVIT OF SERVICE BY HAND DELIVERY**

No. 24-cv-4519 (NRM) (CLP)

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

  AMARIAH THURSTON, being duly sworn, deposes and says:

  I am employed at the Law Offices of Joel B. Rudin, P.C., 152 West 57th Street, 8th Floor, New York, New York 10019, am not a party to this action and am over the age of 18 years.

  On July 9, 2024, at 1 Police Plaza, Room 110a, New York, New York 10038, I served a copy of the **Summons and Complaint** upon defendants **Carlos Gonzalez, Maryann Herbert, Edward Garnar, Thomas Wray, Ruben Martinez, Maureen Kempton, Joseph Croce, Michael Dempsey,** and **Glenn Bove**, the defendants therein named, by delivering to, and leaving personally with **PAA Lewis**, an employee of the NYPD Legal Bureau authorized to accept these documents.

                *Amariah Thurston*
                AMARIAH THURSTON

Sworn to before me this
9rd day of July, 2024

_____
Notary Public

THERESA S. PETERS
Notary Public, State of New York
No. 03-4882379
Qualified in Bronx County
Commission Expires Jan. 5, 20 27