

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | **KELLYANNE HOLOHAN** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | *Senior Counsel*<br>Tel.: (212) 356-2249<br>kholohan@law.nyc.gov |

May 21, 2025

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11213

    Re:    *Reginald Cameron, Jr. v. City of New York, et al.*, 24 CV 4519 (NRM)(CLP)

Your Honor:

    I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and assigned to the defense in the above referenced matter. Defendants respectfully submit this status report in accordance with the Court's May 8, 2025 order. *See* Civil Docket Entry dated May 8, 2025.

    The parties have agreed to a settlement in principle. Additional information will be provided to the Court via email.

    We thank the Court for its consideration and assistance in resolving this matter.

    Respectfully submitted,

    */s/ KellyAnne Holohan*

    KellyAnne Holohan
    *Senior Counsel*
    Special Federal Litigation Division

cc:    **By ECF**
    *All counsel of record*